**IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**HERC RENTALS, INC.**                                                      **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO.: 3:23-CV-270-HTW-LGI**

**COMMUNITY CONSTRUCTION CO., LLC.**                      **DEFENDANT**

**<u>ORDER OF DISMISSAL</u>**

The parties having advised the court that they have reached a settlement on May 27, 2026, and the court being desirous that this case be finally closed on its active docket,

HEREBY ORDERS that this case is hereby dismissed, without prejudice, as to all parties. The parties shall submit a Final Agreed Judgment with prejudice within forty-five (45) days of this Order.

If any party fails to consummate this settlement within FORTY-FIVE (45) DAYS, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney's fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement. The parties may request additional time to consummate their settlement agreement, if necessary. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 29th day of May, 2026.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE